UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KEYI CHEN,

   Petitioner,

    v.        CAUSE NO. 3:26-CV-105-CCB-SJF

BRIAN ENGLISH, et al.,

   Respondents.

## <u>ORDER</u>

The respondents, by counsel, filed a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e). On April 9, 2026, the court granted the habeas petition and ordered the respondents to release the petitioner and to certify compliance by April 13, 2026. ECF 14. In the motion to alter or amend judgment, the respondents explain that China has now issued travel documents for the petitioner and that he is scheduled for removal within two weeks. ECF 16. In light of this new information, the court will vacate the order for the respondents to release the petitioner and to certify compliance. The court will defer a ruling on this motion until the petitioner has had an opportunity to respond. The court will also order the respondents to notify the court as soon as reasonably possible if the petitioner is removed before the resolution of this motion.

For these reasons, the court:

(1) **VACATES** the order requiring the respondents to release Keyi Chen and to certify compliance (ECF 14);

(2) **ORDERS** Keyi Chen to file a response to the motion to alter or amend judgment (ECF 16) by <u>April 30, 2026</u>; and

(3) **ORDERS** the respondents to promptly notify the court if Keyi Chen is removed before the motion to alter or amend judgment is resolved.

SO ORDERED on April 13, 2026

<u>  /s/ *Cristal C. Brisco*          </u>
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT